UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:07-MS-60 |
| ) | |
| v. ) | Judge: Ricardo M. Urbina |
| ) | |
| CONSECO, INC., *at al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF MOTION TO QUASH OR,
IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER TO PREVENT THE
DEPOSITION OF ROBERT ECCLES, ESQ.**

The Defendant Conseco, Incorporated ("Conseco") and the Plaintiff RLI Insurance Company ("RLI") have reached a resolution on the motion to quash or, in the alternative, for a protective order to prevent the deposition of Robert Eccles, filed February 8, 2007. That agreement is reflected in the attached stipulation. The deposition of Robert Eccles, Esq., will proceed, but neither party will ask him for his expert testimony or opinions either in his deposition or at trial. Therefore, Conseco hereby withdraws its motion with the Court's indulgence.

Dated:   February 22, 2007

                                  Respectfully submitted,

                                  **CONSECO, INCORPORATED**

                                  By: _____*/s/ Paul R. Monsees*_____
                                              Counsel

                                  Paul R. Monsees
                                  D.C. Bar No. 367138
                                  FOLEY & LARDNER LLP
                                  3000 K Street NW, Suite 500
                                  Washington, D.C. 20007
                                  Tel:  (202) 672-5300
                                  Fax:  (202) 672-5399

                                  Christopher J. Heck
                                  Marisa J. Ippolito
                                  FOLEY & LARDNER LLP
                                  2029 Century Park East
                                  Los Angeles, CA 90067
                                  Tel:  (310) 975-7766
                                  Fax:  (310) 557-8475

                            *Attorneys for Conseco, Inc.*

## CERTIFICATE OF SERVICE

I, Michael J. Harwin, an attorney, do hereby certify that on Thursday, February 22, 2007, I caused a true and correct copy of NOTICE OF WITHDRAWAL OF MOTION TO QUASH OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER TO PREVENT THE DEPOSITION OF ROBERT ECCLES, ESQ. to be served by facsimile and U.S. mail, first class, postage prepaid at 3000 K Street, N.W., Suite 500, Washington, D.C. on the following attorneys:

James W. Riley, Jr.
Kevin N. Tharp
Riley Bennett & Egloff, LLP
141 E. Washington, Fourth Floor
Indianapolis, IN 46204
Fax:  317.636.8027

Daniel P. Byron
Philip J. Fowler
Bingham McHale, LLP
10 W. Market Street, Suite 2700
Indianapolis, IN 46204
Fax:  317.236.9907

Steven K. Huffer
Scott A. Weathers
Huffer & Weathers, P.C.
151 North Delaware Street, Suite 1850
Indianapolis, IN 46204
Fax:  317.822.8088

William N. Riley
Jamie R. Kendall
Price Waicukauski Riley & Debrota, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Fax: 317.633.8797

Gary W. Berdeen
Morison-Knox Holden Melendez & Prough, LLP
600 E. Main Street, Suite 2150
Richmond, VA 23219
Fax:  804.343.0913

Michael D. Prough
Morison-Knox Holden Melendez & Prough, LLP
500 Ygnacio Valley Road, Suite 450
Walnut Creek, CA 94596
Fax:  925.937.3272

Robert M. Stern
O'Melveny & Myers LLP
Office 1625 Eye Street, NW
Washington, DC 20006
Fax: 202.383.5414

By: _____*/s/ Michael J. Harwin*_____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:04-CV-00310 LJM-WTL |
| CONSECO, INC., *ET AL.*, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION

The undersigned counsel for Plaintiff RLI Insurance Company ("RLI") and the Conseco Defendants ("Conseco") hereby agree and stipulate as follows:

1. Conseco will withdraw the motion it filed on February 8, 2007 in the United States District Court for the District of Columbia to quash the subpoena for deposition that RLI served on Robert Eccles, or, in the alternative, for a protective order.

2. Mr. Eccles is not an expert witness in this action. Neither side will ask him for expert testimony or opinions either in his deposition or at trial.

_____
Gary W. Berdeen
Morison-Knox Holden Melendez & Prough, LLP
600 E. Main Street, Suite 2150
Richmond, VA 23219
Attorney for RLI Insurance Co.

_____
Michael S. Shapiro
Foley & Lardner LLP
321 N. Clark St.
Chicago, IL 60610
Attorney for the Conseco Defendants